*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 21-BG-226**

IN RE SARAH R. BARNWELL

**2021 DDN 60**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 989148**

BEFORE: Glickman and McLeese, Associate Judges, and Fisher, Senior Judge.

**O R D E R**
(FILED – June 17, 2021)

On consideration of the certified order from the state of Maryland accepting respondent's joint petition and suspending respondent from the practice of law in that jurisdiction for a period of 60 days with conditions; this court's April 22, 2021, order suspending respondent pending resolution of this matter and directing her to show cause why reciprocal discipline should not be imposed; no response having been filed; the statement of Disciplinary Counsel; the supplemental statement of Disciplinary Counsel stating that it does not oppose the imposition of discipline *nunc pro tunc* to May 4, 2021, the date respondent filed her D.C. Bar R. XI, §14(g) affidavit with Disciplinary Counsel; and respondent's D.C. Bar R. XI, §14(g) affidavit filed with this court on June 15, 2021, it is

ORDERED that Sarah R. Barnwell is hereby suspended from the practice of law in the District of Columbia for a period of 60 days subject to the conditions imposed by the state of Maryland *nunc pro tunc* to May 4, 2021. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**